No. 92–1104. MARYLAND *v.* WATTERS. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis*

granted. Certiorari denied.